(79 South. 394)
Ex parte BUCK. (6 Div. 770.)

(Supreme Court of Alabama. April 25, 1918. Rehearing Denied June 20, 1918.)

Certiorari to Court of Appeals.

Suit by F. B. Buck against the Bransford Mills of Kentucky, in which the Owensboro Banking Company filed a claim to property attached. There was a judgment of the Court of Appeals (16 Ala. App. 346, 77 South. 940), reversing a judgment holding the property subject to attachment, and plaintiff petitions for certiorari. Writ denied.

Estes & Jones, of Bessemer, for appellant. Thomas T. Huey, of Bessemer, for appellee.

THOMAS, J. Petition of F. B. Buck for certiorari to the Court of Appeals to review and revise the judgment of said court rendered in the cause of Owensboro Banking Co. v. F. B. Buck, 16 Ala. App. 346, 77 South. 940.

Writ denied.

(79 South. 394)
QUARLES et al. v. KENDRICK MERCANTILE CO. (2 Div. 678.)

(Supreme Court of Alabama. June 27, 1918.)

Certiorari to Court of Appeals.

Action by the Kendrick Mercantile Company against W. W. Quarles and another. Judgment for plaintiff was affirmed by the Court of Appeals (16 Ala. App. 486, 79 South. 160), and defendants petition for certiorari. Writ denied.

Reese & Reese, of Selma, for appellant.

THOMAS, J. Petition of W. W. Quarles et al. for certiorari to the Court of Appeals to review and revise the judgment of said court, affirming the appeal of W. W. Quarles et al. v. Kendrick Mercantile Co., 16 Ala. App. 486, 79 South. 160. Writ denied.